(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

SBI #419947

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Jermaine Layton Carter

_(In the space above enter the full name(s) of the plaintiff(s).)_

-against-

Steven Wesley

_(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section IV. Do not include addresses here.)_

Civ. Action No. _____
(To be assigned by Clerk's Office)

**COMPLAINT**
(*Pro Se* Prisoner)

Jury Demand?
☒ Yes
☐ No

| **NOTICE** |
|---|
| Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. |
| **Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.** |

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

## I. COMPLAINT

*Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).*

Check one:

- [x] 42 U.S.C. § 1983 (state, county, or municipal defendants)

- [ ] Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

## II. PLAINTIFF INFORMATION

Name (Last, First, MI): Carter Jermaine L

Aliases:

Prisoner ID #: 419947

Place of Detention: The SHU bldg-17-A wing-cell lower-12

Institutional Address: At the James T. Vaughn Correctional Center 1181

County, City: Paddock Road     State: Smyrna, Delaware     Zip Code: 19977

## III. PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

- [ ] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [x] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

## IV. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1: __Wesley Steven__
Name (Last, First)

__The Bureau Chief, of the BOP.__
Current Job Title

__245 McKee Road__
Current Work Address

__Dover,__ __Delaware__ __19904__
County, City        State        Zip Code


Defendant 2: _____
Name (Last, First)

_____
Current Job Title

_____
Current Work Address

_____
County, City        State        Zip Code

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

**Defendant(s) Continued**

Defendant 3: _____
Name (Last, First)

_____
Current Job Title

_____
Current Work Address

_____  _____  _____
County, City            State         Zip Code

Defendant 4: _____
Name (Last, First)

_____
Current Job Title

_____
Current Work Address

_____  _____  _____
County, City            State         Zip Code

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

## V. STATEMENT OF CLAIM

Place(s) of occurrence: _Denied freedom of expression, Deprivation of food, and Deliberate indifference._

Date(s) of occurrence: _1-7-18, 1-14-18, 1-21-18, and 1-29-18._

State which of your federal constitutional or federal statutory rights have been violated:

_42 U.S.C.S. 1983, 42 U.S.C.S. 1997, 1st amendment freedom of speech Clause, and the 8th amendment cruel and unusual punishment Clause._

State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.

FACTS:

**What happened to you?**

1. I now get the Religious vegatarian diet tray, and it appears that my food is sometimes contaminated from what appears to be urine, feces, and spit.

It appears that the following meals that are being contaminated are the apple sauce, the pinto beans, the oatmeal, the steamed cabbage, the stew tomatos, etc.

It appears that the apple sauce, oatmeal, and sometimes the white bread be contaminated from what appears to be another persons spit.

It appears that the pinto beans, steamed cabbage, and stewed tomatos be contaminated with what appears to be a mixure of both urine, and feces as I'm able to suspect the

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

Contamination from the foul smelling odor of what appears to be urine, and feces with a funny taste.

> Who did what?

2. I believe it's a imminent danger of serious physical injury from the way I suffer from what appears to be contamination of the food and how I may be at risk of being affected with Hepatitis, Tuberculosis, E-Coli, etc.

3. I already made sure to have exhaustion on all prison administrative remedies as there was no help or response after filing two grievances when I was supposed to recieve a response on each grievance within 7 days of the grievance procedure.

4. Since I already made sure to exhaust all prison administrative remedies that the Bureau Chief of the BOP Steven Wesley is the one who happens to be now responsible because the final remedy of the grievance procedure policy belongs to the Bureau Chief, so therefore now I hold the Bureau Chief in this case responsible for to now have

**Was anyone else involved?**

, and/or to now decide a safe new prison policy for food service kitchen staff to ensure that the kitchen staff food preparations are sanitized.

5. I would like to now hold the Defendant for this case liable in his office of official capacity, due to how I made sure to exhaust my remedies and that final belonging to the Bureau Chief of the BOP in accordance to the policy of the grievance procedure.
A safe new prison policy is what the Bureau Chief of this case is now responsible.

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

## VI. ADMINISTRATIVE PROCEDURES

*WARNING: Prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.*

Is there a grievance procedure available at your institution? ☑ Yes ☐ No

Have you filed a grievance concerning the facts relating to this complaint? ☑ Yes ☐ No
    If no, explain why not:

Is the grievance process completed? ☑ Yes ☐ No
    If no, explain why not:

## VII. RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.*

All I ask is for to please have a preliminary injunction, so that the prison policy for food service Kitchen staff change, to ensure that all food preparation is sanitized.
An also for the Defendant in this case to be sued in his office of official capacity.

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

## VIII. PRISONER'S LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g).*

Have you brought any other lawsuits in state or federal court while a prisoner? ☒ Yes ☐ No

If yes, how many? __N/A__

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)

This information at this time is not available.

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

## IX.   PLAINTIFF'S DECLARATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; and (3) complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

*Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

__4-16-18__
Dated

__[Signature]__
Plaintiff's Signature

__Carter  Jermaine  L__
Printed Name (Last, First, MI)

__419947__
Prison Identification #

__At the J.T.V.C.C.__  __1181 Paddock RD__  __Smyrna,__ __DE__ __19977__
Prison Address                City                State    Zip Code

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**